**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01205-REB-BNB

GENA BARNASON,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated May 15, 2014 at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Bob Blackburn*
                          Robert E. Blackburn
                          United States District Judge