**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01205-REB-BNB

GENA BARNASON,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The court has been advised that the parties have resolved the issues in the underlying motions; (1) **Defendant Union Pacific Railroad Company's Motion to Stike** [*sic*] **The Deposition Notice of Dr. Jeffrey Kleiner** [#34][2] filed June 3, 2014; and (2) **Plaintiff's Motion to Direct Defenan't** [*sic*] **to Participate in Video Deposition of Dr. Kleiner** [#35] filed June 3, 2014.

    **THEREFORE, IT IS ORDERED** that **Defendant Union Pacific Railroad Company's Motion to Stike** [*sic*] **The Deposition Notice of Dr. Jeffrey Kleiner** [#34] filed June 3, 2014, and **Plaintiff's Motion to Direct Defenan't** [*sic*] **to Participate in Video Deposition of Dr. Kleiner** [#35] filed June 3, 2014, are **DENIED** as moot.

    Dated: June 4, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.